OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of Ohio
are being transmitted electronically beginning May 27, 1992,
pursuant to a pilot project implemented by Chief Justice Thomas
J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

The State of Ohio, Appellee, v. Carpenter, Appellant.
[Cite as State v. Carpenter (1994),        Ohio St.3d      .
Motion for delayed reinstatement of appeal denied.
     (No. 86-413 -- Submitted August 17, 1994 -- Decided October
19, 1994.)
     On Motion for Delayed Reinstatement of Appeal.
     Appellant, Danny Carpenter, was convicted of murder, three
counts of felonious assault, and three counts of aggravated
robbery, all with firearm specifications.  On direct appeal as
of right, the court of appeals affirmed.  State v. Carpenter
(Jan. 15, 1986), Cuyahoga App. No. 49951, unreported.  We
overruled Carpenter's motion for leave to appeal and dismissed
his claimed appeal as of right on May 21, 1986, in case No.
86-413.  Carpenter subsequently filed a motion in the court of
appeals for delayed reconsideration of his direct appeal under
App.R.26(B), claiming that he had lacked effective assistance
of counsel on his first appeal as of right.  (See State v.
Murnahan [1992], 63 Ohio St.3d 60, 584 N.E.2d 1204.)  The court
of appeals denied reconsideration, State v. Carpenter (May 18,
1994), Cuyahoga App. No. 49951, unreported, and we affirmed
that judgment, State v. Carpenter (1994), 70 Ohio St.3d
1408,      N.E.2d    .  Carpenter also petitioned the trial
court for collateral post-conviction relief; that petition was
denied, and the court of appeals affirmed the denial.  State v.
Carpenter (June 30, 1994), Cuyahoga App. No. 65722,
unreported.  Carpenter now claims that he lacked effective
assistance of counsel in 1986 when seeking to appeal to this
court; he therefore asks us to reinstate his appeal under
S.Ct.Prac.R. XI(1)(B).
     We deny the motion.  Carpenter's 1986 appeal to this court
was neither a first appeal nor an appeal as of right.  He
therefore had no constitutional right to counsel, hence no
constitutional right to effective assistance.  See State v.
Buell (1994),    Ohio St.3d     ,        N.E.2d    .
                              Motion denied.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E.
Sweeney and Pfeifer, JJ., concur.